1  CAZ HASHEMI, State Bar No. 210239
   IGNACIO E. SALCEDA, State Bar No. 164017
2  DORU GAVRIL, State Bar No. 282309
   WILSON SONSINI GOODRICH & ROSATI
3  Professional Corporation
   650 Page Mill Road
4  Palo Alto, CA 94304-1050
   Telephone:  (650) 493-9300
5  Facsimile:   (650) 565-5100
   Email: chashemi@wsgr.com
6          isalceda@wsgr.com
           dgavril@wsgr.com
7
   *Attorneys for Nominal Defendant Align*
8  *Technology, Inc.*

9
                    **UNITED STATES DISTRICT COURT**
10
                    **NORTHERN DISTRICT OF CALIFORNIA**
11

12 ANDREW STAFFORD, Derivatively on Behalf of )   Case No. 3:20-cv-03043-MMC
   Nominal Defendant ALIGN TECHNOLOGY,      )
   INC.,                                    )   **DERIVATIVE ACTION**
13                                          )
                         Plaintiff,         )   **STIPULATION AND [PROPOSED]**
14                                          )   **ORDER STAYING ACTION**
          v.                                )
15                                          )
   JOSEPH M. HOGAN, JOHN F. MORICI, C.      )
16 RAYMOND LARKIN, JR., KEVIN J. DALLAS,    )
   JOSEPH LACOB, GEORGE J. MORROW,          )
17 THOMAS M. PRESCOTT, ANDREA L. SAIA,      )
   GREG J. SANTORA, SUSAN E. SIEGEL,        )
18 WARREN S. THALER, and JULIE TAY,         )
                                            )
19                       Defendants.        )
                                            )
20        and                               )
                                            )
21 Align Technology, Inc., a Delaware Corporation, )
                                            )
22                                          )
                   Nominal Defendant,       )
23 _____ )

24

25

26

27

28

1    WHEREAS, on May 04, 2020, Plaintiff Andrew Stafford, filed a shareholder derivative

2    action ("Derivative Action") purportedly on behalf of nominal defendant Align Technology, Inc.

3    ("Align"), against defendants Joseph M. Hogan, John F. Morici, C. Raymond Larkin, Jr., Kevin

4    J. Dallas, Joseph Lacob, George J. Morrow, Thomas M. Prescott, Andrea L. Saia, Greg J.

5    Santora, Susan E. Siegel, Warren S. Thaler, and Julie Tay (collectively, with Align,

6    "Defendants");

7    WHEREAS, a related putative securities class action captioned *City of Roseville*

8    *Employees' Retirement System v. Align Technology, Inc. et al.*, Case No. 3:20-cv-02897-MMC

9    (the "Securities Action"), is currently pending in this Court, naming as defendants Align and

10    Messrs. Hogan and Morici;

11    WHEREAS, the misconduct alleged in the Derivative Action overlaps substantially with

12    the misconduct alleged in the Securities Action;

13    WHEREAS, the parties have met and conferred and agree that, in the interest of judicial

14    efficiency, for the economy of the parties' resources, and for the benefit of Align's shareholders,

15    it would be beneficial to stay all proceedings in this Derivative Action while the Securities

16    Action remains at the pleading stage, i.e., until either the Securities Action is dismissed with

17    prejudice or a motion to dismiss is denied and the defendants have answered the operative

18    complaint in the Securities Action;

19    NOW, THEREFORE, Plaintiff and Align, by and through their respective attorneys of

20    record, hereby stipulate as follows, and respectfully jointly ask the Court for an order approving

21    the same:

22    1.   Defendants shall not be required to move, or otherwise respond, to the current complaint

23         in the Derivative Action;

24    2.   The Initial Case Management Conference scheduled for August 7, 2020 is vacated;

25    3.   All proceedings in this Derivative Action are stayed while the Securities Action remains

26         at the pleading stage, i.e., until either the Securities Action is dismissed with prejudice or

27         a motion to dismiss is denied and the defendants have answered the operative complaint

28

STIP. & [PROP.] ORDER STAYING ACTION          -1-
CASE NO. 3:20-CV-03043-MMC

1      in the Securities Action, but subject to each party's right (i) to move the Court to lift or

2      extend the stay and (ii) to oppose such motions to lift or extend the stay;

3    4.  Nothing in this stipulation shall be construed as a waiver of any party's rights or positions

4      in law or in equity, or as a waiver of any defenses or claims that any party would

5      otherwise have, including objections to personal jurisdiction.

6      IT IS SO STIPULATED.

7  Dated:  May 21, 2020        WILSON SONSINI GOODRICH & ROSATI
                          Professional Corporation

8

9

                          By:    /s/  Caz Hashemi
10                                     Caz Hashemi

11                            Ignacio E. Salceda
                          Doru Gavril
12                            650 Page Mill Road
                          Palo Alto, CA 94304-1050
13

14                            *Attorneys for Nominal Defendant Align Technology, Inc.*

15

16  Dated:  May 21, 2020        GLANCY PRONGAY & MURRAY LLP

17

18                            By:    /s/  Robert V. Prongay
                                  Robert V. Prongay

19                            Pavithra Rajesh
20                            1925 Century Park East, Suite 2100
                          Los Angeles, California 90067
21                            Telephone: (310) 201-9150
                          Facsimile: (310) 201-9160
22                            Email: rprongay@glancylaw.com

23                            *Attorneys for Andrew Stafford*

24

25

26

27

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**[~~PROPOSED~~] ORDER**

Pursuant to the Stipulation, IT IS SO ORDERED.  No later than 14 days after either (1) City of Roseville Employees' Retirement System v. Align Technology, Inc. et al., Case No. 3:20-cv-02897-MMC (the "Securities Action"), is dismissed with prejudice, or (2) the defendants in the Securities Action have answered the operative complaint therein, the parties to the above-titled case shall file a status report in which they either propose an appropriate date for a status conference or request some other course of action be taken.

Dated:   May 26, 2020

The Hon. Maxine M. Chesney
United States District Judge