Robert V. Prongay (SBN 270796)
  *rprongay@glancylaw.com*
Pavithra Rajesh (SBN 323055)
  *prajesh@glancylaw.com*
GLANCY PRONGAY & MURRAY LLP
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160

Counsel for Plaintiff

[Additional Counsel on Signature Page]

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW STAFFORD, Derivatively on Behalf of Nominal Defendant ALIGN TECHNOLOGY, INC.,<br><br>Plaintiff,<br><br>v.<br><br>JOSEPH M. HOGAN, JOHN F. MORICI, C. RAYMOND LARKIN JR., KEVIN J. DALLAS, JOSEPH LACOB, GEORGE J. MORROW, THOMAS M. PRESCOTT, ANDREA L. SAIA, GREG J. SANTROA, SUSAN E. SEIGEL, WARREN S. THALER, and JULIE TAY,<br><br>Defendants,<br><br>and<br><br>ALIGN TECHNOLOGY, INC., a Delaware Corporation,<br><br>Nominal Defendant. | Case No. 3:20-CV-03043-MMC<br><br>**STIPULATION AND [PROPOSED] ORDER VOLUNTARILY DISMISSING ACTION PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 23.1 AND 41** |

STIPULATION AND [PROPOSED] ORDER VOLUNTARILY DISMISSING ACTION
Case No. 3:20-CV-03043-MMC

818000.2

Plaintiff Andrew Stafford ("Plaintiff"); Defendants Joseph M. Hogan, John F. Morici, C. Raymond Larkin, Jr., Kevin J. Dallas, Joseph Lacob, George J. Morrow, Thomas M. Prescott, Andrea L. Saia, Greg J. Santora, Susan E. Siegel, Warren S. Thaler, and Julie Tay (collectively, the "Individual Defendants"); and Nominal Defendant Align Technology, Inc. ("Align"), by and through their undersigned counsel, hereby stipulate:

WHEREAS, on May 4, 2020, Plaintiff commenced the above-captioned action, asserting claims derivatively on behalf of Align against the Individual Defendants;

WHEREAS, on May 20, 2020, this Action was designated as related to the consolidated securities class action, captioned *In re Align Technology, Inc. Securities Litigation*, Case No. 3:20-cv-02897-MMC (the "Securities Action");

WHEREAS, on March 29, 2021, the Securities Action was dismissed with leave to amend and on April 22, 2021, the Court entered a judgment in the Securities Action after the lead plaintiff Macomb County Employees' Retirement System (the "Securities Lead Plaintiff") notified the Court of its decision not to file an amended complaint;

WHEREAS, on April 28, 2021, the Securities Lead Plaintiff filed a notice of appeal of the order granting defendants' motion to dismiss the Securities Action (the "Appeal");

Whereas, on May 7, 2021, the Court granted the Parties' stipulation to stay this Action pending the outcome of the Appeal and directed the Parties to file a status report within 14 days of the resolution of the Appeal (Dkt. No. 13);

WHEREAS, on July 7, 2022, the United States Court of Appeals for the Ninth Circuit issued a decision affirming the dismissal of the Securities Action, and on August 15, 2022 denied the petition for panel rehearing and the petition for rehearing en banc;

WHEREAS, after due consideration of the dispositive decisions in the Securities Action, Plaintiff wishes to voluntarily dismiss the Action pursuant to Rules 23.1(c) and 41(a) of the Federal Rules of Civil Procedure, without prejudice as to Plaintiff, Nominal Defendant, and/or any other Align shareholder;

WHEREAS, the Parties agree that the dismissal is not, and shall not be deemed to be, an adjudication of the Action on the merits, and that each Party shall bear its own fees and costs incurred in connection with the Action; and

WHEREAS, the Parties agree and respectfully submit that notice to shareholders of this dismissal is unnecessary here because: (i) the dismissal is without prejudice to the ability of any Align shareholder, or Align itself, to pursue the claims; (ii) there has been no settlement or compromise of the Action; (iii) there has been no collusion among the Parties; and (iv) neither Plaintiff nor his counsel has received or will receive directly or indirectly any consideration from Defendants for the dismissal.

NOW, THEREFORE, the Parties hereby stipulate and agree, subject to the Court's approval, as follows:

1.    This Action shall be dismissed without prejudice as to Plaintiff, Align, and/or any other Align shareholder.

2.    The Parties shall bear their own fees and costs in connection with the Action.

DATED:  August 26, 2022

GLANCY PRONGAY & MURRAY LLP

By:    */s/ Pavithra Rajesh*

Robert V. Prongay
Pavithra Rajesh
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone:  (310) 201-9150
Facsimile:  (310) 201-9160
Email:  prajesh@glancylaw.com

Benjamin I. Sachs-Michaels
745 Fifth Avenue, 5th Floor
New York, NY 10151
Telephone: (212) 935-7400
Email:  bsachsmichaels@glancylaw.com

*Counsel for Plaintiff*

DATED:  August 26, 2022                    WILSON SONSINI GOODRICH & ROSATI

By:    /s/ Gregory L. Watts
Gregory L. Watts
Betty Chang Rowe
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100
Email: gwatts@wsgr.com

*Counsel for Defendants*

Pursuant to Civil L.R. 5-1(i)(3), all signatories concur in filing this Stipulation.

Dated: August 26, 2022                    */s/ Pavithra Rajesh*
Pavithra Rajesh

*            *            *

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:  August 26, 2022

HON. MAXINE M. CHESNEY
UNITED STATES DISTRICT JUDGE